CT/cvmhrg (January 10, 2002)

HONORABLE **Alan Nevas**
DEPUTY CLERK _____ RPTR/ERO/TAPE **Baldwin**

TOTAL TIME: **1** hours **45** minutes

DATE **3-25-04**   START TIME **11:30**   END TIME **1:15**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:00cv 363 (AHN)**

**Cimochowski**
vs.
**Hartford**

Plaintiffs Counsel: **Leon Rosenblatt**

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel: **Linda Yoder**

## COURTROOM MINUTES - CIVIL (check one box)

- ☑ (mhrgh) Motion Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (mischrg.) Miscellaneous Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (stlmthrg.) Settlement Hearing

**MOTION DOCUMENT NO.**

| ☑ | #40 | Motion **for Summary Judgment** | ☐ granted | ☑ denied | ☐ advisement |
| ☑ | #43 | Motion **for Summary Judgment** | ☐ granted | ☑ denied | ☐ advisement |

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

_____ Hearing continued until _____ at _____