74

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANNA CIMOCHOWSKI<br>Plaintiff<br>v.<br><br>CITY OF HARTFORD, ET AL<br>Defendant | :<br>:  CS 363<br>:  No. 3:00-CV-~~3659~~(ANH)<br>:<br>:<br>:  September 23, 2004 |

### STIPULATION OF DISMISSAL

The parties hereby stipulate that the above-referenced action shall be dismissed with prejudice as to all parties, and without attorney's fees and costs to any party.

PLAINTIFF,
ANNA CIMOCHOWSKI

By: _/s/ Leon M. Rosenblatt_
Leon M. Rosenblatt
Law Offices of Leon M. Rosenblatt
Federal Bar No. ct00284
10 North Main Street
West Hartford, CT 06107
Tel: (860) 523-8066
Fax: (860) 233-54785

DEFENDANT,
HARTFORD PUBLIC SCHOOLS

By: _/s/ Linda L. Yoder_
Linda L. Yoder
Federal Bar No. ct01599
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Tel: (860) 251-5000
Fax: (860) 251-5214

9/29/04. APPROVED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.